*Nelson & Gray* for plaintiffs.
*A. J. Dovell* for defendant.

---

## Bay Circuit.

### ROLAND WESTON

#### vs.

### GEORGE L. VON WALTHEUSEN.

*Security for Costs.*

Actions for false imprisonment not being favored by law, insolvent plaintiffs may be required to give security for costs.

Trespass on the case for malicious prosecution and false imprisonment.

The application for security for costs is based upon an affidavit of merits and a showing that plaintiff had no property subject to execution.

Plaintiff cited and relied on the ruling in Smith vs. The Tribune Co., and the Court held:

---

That this being an action not favored in law, plaintiff should be required to file security for costs.

Motion granted, without costs, December, 1882.*

*T. A. E. Weadock* for plaintiff.
*A. McDonell* contra.

---

*Superior Court of Grand Rapids.*

---

* Security was filed, and plaintiff recovered a verdict of $275.   A new trial was granted.   See Ross vs. Jaques, 8 M. and W., 135 ; Armitage vs. Grafton, 1 Bail Court Report, 30.